HERMAN DITTMAR, PLAINTIFF-PETITIONER, v. CONTINENTAL CASUALTY COMPANY, DEFENDANT-RESPONDENT.

*Messrs. Kushinsky & Muccifori* and *Mr. William E. O'Connor, Jr.,* for the petitioner.

*Mr. George D. McLaughlin* and *Mr. Nicholas Scalera* for the respondent.

September 29, 1958. Granted.

WILLIAM F. PRENDERGAST, APPELLANT-PETITIONER, v. BOARD OF CHOSEN FREEHOLDERS, *ET AL.*, RESPONDENTS-RESPONDENTS.

*Messrs. Levy, Lemken & Margulies* for the petitioner.

*Mr. William F. Kelly, Jr.,* and *Mr. Maurice A. Walsh, Jr.,* for the respondents.

September 29, 1958. Denied.